JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAND, | Case No. 2:21-cv-00720-AB-AFM |
| Petitioner, | |
| v. | **JUDGMENT** |
| MICHAEL CARVAJAL, et al., | |
| Respondents. | |

This matter came before the Court on the Petition of ROBERT RAND, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 04, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE